1128

No. 80-5794.  MEIER v. PEARLMAN ET AL.  Ct. App. Ind. Certiorari denied.

No. 80-5808.  OLIVER v. MARKS, CORRECTIONS COMMISSIONER, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80-5809.  BONDS-EL v. ANDERSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 80-5819.  McCRARY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 80-5830.  DUNK ET UX. v. MANUFACTURERS LIGHT & HEAT Co.  Sup. Ct. Pa.  Certiorari denied.

No. 80-5841.  SHAFFNER v. SOWDERS, PENITENTIARY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 80-5870.  CLARK v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80-5876.  ALEXANDER v. BORDENKIRCHER, WARDEN. Sup. Ct. App. W. Va.  Certiorari denied.

No. 80-5893.  HARRISON v. LeFEVRE, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 80-5906.  YIN-HO WONG v. CIVILETTI, ATTORNEY GENERAL, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80-5907.  VANDER PAUWERT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 80-5927.  HAMPTON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 80-5928.  SANDERS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.